IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD LEE STEPHENS; NATASHA
STEPHENS; T.S.;  K.S.; and P.S.                                    PLAINTIFFS


v.                              Case No. 4:11-cv-557-DPM


BRISTOL PARK APARTMENTS;
JRK RESIDENTIAL MANAGEMENT
CORPORATION, Agent for Bristol Park
Apartments; LEDIC MANAGEMENT LLC;
JRK RESIDENTIAL AMERICA LLC;
LEDIC MANAGEMENT, INC.; and
LEDIC MANAGEMENT GROUP LLC                            DEFENDANTS


JUDGMENT

The complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_25 February 2013_